**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| John E. Morris | | |
| Debtor | : | Bankruptcy No. 19-13497-mdc |

### ORDER

AND NOW, it appearing that the above-captioned Chapter 13 debtor has failed to file the Domestic Support, the debtor having been erroneously discharged, and the case closed prematurely, it is hereby

ORDERED that the Order approving Trustee's Report, Discharging Trustee and Closing Case entered on December 22, 2021, is VACATED,

IT IS FURTHER ORDERED that the Order Discharging Debtor entered on December 22, 2021, is VACATED.

Date: December 30, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge